# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. LASHON JEFFRIES an individual,  )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>1. BOKF, NA d/b/a BANK OF OKLAHOMA )<br>Defendant. ) | Case No. 13-CV-667-JHP-TLW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), all parties to this action stipulate that the action is to be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

LASHON JEFFRIES

By: /s/ Terry A. Hall
Terry A. Hall, OBA #10668
**HALL, NALLEY & HALL**
1101 N Harrison, Suite D
Shawnee, OK 74801
(405) 275-5242
(405) 260-9330 (fax)
email: thall@okhnhlaw.com
*Attorneys for Plaintiff*

BOKF, NA

By: */s/ Erica Anne Dorwart*
Erica Anne Dorwart, OBA No. 18367
FREDERIC DORWART, LAWYERS
Old City Hall
124 East Fourth Street
Tulsa, Oklahoma 74103-5010
(918) 583-9922 - Office
(918) 583-8251 - Facsimile
Email: **edorwart@fdlaw.com**

*Attorneys for Defendant*
(signed by permission)

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 9, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Erica Ann Dorwart, Defendant's counsel, at their office addresses of record.

/s/ Terry A. Hall  
Terry A. Hall

4847-3769-9608, v.  1